United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley  
Clerk

In Replying Give Number  
Of Case and Names of Parties

February 4, 2013

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **MAY 20, 2013, IN MIAMI, FLORIDA. COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK. COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.** *Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court. See General Order 36.*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6131 or 404-335-6141.

JOYCE POPE  
Court Sessions Supervisor

---

*PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS.*  
*PLEASE REFER TO CALENDAR #23.*

| | |
|---|---|
| 11-11789 | United States v. Lucia Peluffo (REVISED ARGUMENT DATE) |
| 10-13325 | United States v. Michael J. Muzio (REVISED ARGUMENT DATE) |
| 12-14657 | Amerijet International, Inc. v. National Labor Relations Board, et al. |
| 12-13719 | Steven Siegler v. Best Buy Co. of Minnesota, Inc. |
| 12-12093 | United States v. Francisco Maunteca Lopez |
| 12-12235 | United States v. Robert Joseph Valerio, Appellant |
| 12-12913 | United States v. Thomas Pacchioli, et al., Appellants |
| 11-11894 & 11-12173 | Lawrence Meadows, Appellant v. American Airlines, Inc., et al. |
| 11-15331 | United States v. Joel Esquenazi, et al. (REVISED ARGUMENT DATE) |
| 12-14009 | Dr. Bernd Wollschlaeger, et al. v. Governor of the State of Florida, et al. |
| 12-10840 | United States v. Alexander McQueen, et al. |